Vince M. Verde CA Bar No. 202472
vince.verde@ogletreedeakins.com
Carolyn E. Sieve CA Bar No. 182763
carolyn.sieve@ogletreedeakins.com
Lara C. de Leon CA Bar No. 270252
lara.deleon@ogletreedeakins.com
Kelley A. Bolar CA Bar No. 275646
kelley.bolar@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Suite 1500
695 Town Center Drive
Costa Mesa, CA  92626
Telephone:   714.800.7905
Facsimile:    714.754.1298

JS-6

Attorneys for Defendant G2 SECURE STAFF, L.L.C.

Bruce Kokozian CA Bar No. 195723
KOKOZIAN LAW FIRM, APC
8383 Wilshire Blvd, Suite 1018
Beverly Hills, CA 90211
Telephone:   323.857.5900
Facsimile:    323.935.4919

Attorneys for Plaintiff DEBRA GOFF, an individual

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DEBRA GOFF, an individual, | Case No. CV12-10008 CAS (VBKx) |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| G2 SECURE STAFF, L.L.C.; and DOES 1 through 100, Inclusive, | |
| Defendants. | Action Filed:   September 27, 2012<br>Trial Date:      None |

Pursuant to the parties' "Stipulation of Dismissal of Action With Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed in its entirety, with prejudice. Each party shall bear her or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED: January 21, 2014

_____
HONORABLE CHRISTINA A. SNYDER
United States District Court, Central
District of California

---

1
[PROPOSED] ORDER REGARDING STIPULATION
OF DISMISSAL OF ACTION WITH PREJUDICE

**CERTIFICATE OF SERVICE**
Goff v. G2 Secure Staff, L.L.C., et al.
Case No: CV12-10008 CAS (VBKx)

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Orange in the office of a member of the bar of this court at whose direction the service was made. My business address is 695 Town Center Drive, Suite 1500, Costa Mesa, CA 92626.

On January ___, 2014, I served the following document(s) described as follows:

**[PROPOSED] ORDER REGARDING STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as stated on the attorneys for Plaintiff, set forth below.

☒ with the Clerk of the United States District Court of Central District of California, using the CM/ECF System. The Court's CM/ECF System will send an e-mail notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Bruce Kokozian, Esq.<br>KOKOZIAN LAW FIRM, APC<br>8383 Wilshire Blvd., Suite 1018<br>Beverly Hills, CA 90211<br>(323) 857-5900<br>Fax: (323) 935-4919<br>bkokozian@kokozianlawfirm.com | Attorneys for Plaintiff DEBRA GOFF |

I declare that I am employed in the office of a member of the State Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on January ___, 2014, at Costa Mesa, California.

| | |
|---|---|
| Lara C. de Leon | /s/Lara C. de Leon |
| Type or Print Name | Signature |

16848877.1